United States District Court Southern District of Ohio Western Division

Dennis Pointer
  v.
Jorgensen-Martinez et. al.,

Case No. 1:06-CV-861

# Notice of Appeal

On Oct. 13 2000 This matter came before the court for a sua sponte review of the complaint to determine: (1) whether the complaint, or any portion of it, should be dismissed because it is frivolous, malicious, fails to state a claim upon which relief may be granted or seeks monetary relief from a defendant who is immune from such relief and whether plaintiff has exhausted his administrative remedies. Doc 4 page 1

The court addressed each of Plaintiff claims separately. Doc 4 page 3

The court dismissed Plaintiff complaint in its entirety without prejudice. Doc. 4 Page 3

The court order'd that Plaintiff's denial of medical care claim against defendant Canter concerning his January 2000 suicide attempt and discrimination claim under the A.D.A. are dismissed without prejudice to refiling after Plaintiff has shown he has exhausted the available prison administrive remedies.

On January 26 the Denied Plaintiff motion to proceed in forma pauperis and stated that case No. 1:06-MC-06 was not a continuation or refiling of case No. 1:00-CV-861, and not under imminent danger of serious physical injury

Plaintiff is putting this court in notice of Appeal.

Plaintiff is filing filing a direct appeal to the United States Suprem court pursuant to 28 U.S.C.A. §1291

Dennis Pointer